IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23–29–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| KASEY NICHOL HUGS, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 22.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant Kasey Nichol Hugs is charged with two counts of theft of government property, in violation of 18 U.S.C. §§ 641 and 2, as set forth in the Indictment. (Doc. 1.) Judge DeSoto recommends that this Court accept Ms. Hug's guilty plea as to one count of theft of government property (Count 1), as set forth

1

in the Indictment, after Ms. Hugs appeared before her pursuant to Federal Rule of Criminal Procedure 11.  The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 22) is ADOPTED in full.

IT IS FURTHER ORDERED that Ms. Hugs's motion to change plea (Doc. 16) is GRANTED.

IT IS FURTHER ORDERED that Ms. Hugs is adjudged guilty as charged as to Count 1 of the Indictment.

DATED this 27th day of December, 2023.

_____
Dana L. Christensen, District Judge
United States District Court